UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP &        ENTRY OF DEFAULT
TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,       08-cv-114-bbc
INTERNATIONAL MASONS INSTITUTE FUND,
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

and INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS

     Plaintiffs,

               v.

PROFESSIONAL FLOOR INSTALLATIONS, LLC,

     Defendant.

---

Plaintiffs request that the clerk of court enter default against defendant Professional Floor Installations, LLC pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant Professional Floor Installations, LLC has failed to appear, plead, or otherwise defend, the default of defendant Professional Floor Installations, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 22nd day of May, 2008.

                              /s/
                              Theresa M. Owens
                              Clerk of Court