UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP
& TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSWORKERS
DISTRICT COUNCIL OF WISCONSIN,

and

INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

      Plaintiffs,

vs.            Case No. 08-CV-114

PROFESSIONAL FLOOR INSTALLATIONS, LLC,

      Defendant.

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUN 1 2 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

### ORDER FOR DEFAULT JUDGMENT AND INJUNCTIVE RELIEF

Motion for default judgment brought by the plaintiffs in the above-captioned action was submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Professional Floor Installations, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant Professional Floor Installations, LLC violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds and by failing to submit to an audit of the company's books and records by the Plaintiff Funds designated representative covering the period of May 17, 2007 to the present date.

3. Plaintiffs must conduct an audit of defendant's payroll records to liquidate their claims and proceed to judgment.

**IT IS HEREBY ORDERED:**

(a) that Professional Floor Installations, LLC is to submit within ten (10) days of the date of this Order to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period of May 17, 2007 to the present date; and

(b) that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall enter judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated at Madison, Wisconsin, this 11th day of June, 2008.

_Barbara B. Crabb_
U. S. District Court Judge