UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP
& TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSWORKERS
DISTRICT COUNCIL OF WISCONSIN,

and

INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

        Plaintiffs,

vs.                                                                 Case No. 08-CV-114

PROFESSIONAL FLOOR INSTALLATIONS, LLC,

        Defendant.

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUN 1 2 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

ENTRY OF DEFAULT JUDGMENT AND INJUNCTIVE RELIEF
ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

    1.    Defendant Professional Floor Installations, LLC is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Funds' designated

representative covering the period of September 8, 2006 to the present date.

2. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated at Madison, Wisconsin, this 11th day of JUNE, 2008.

**THERESA M. OWENS**
Clerk of Court

*L. Jensen*
Deputy Clerk

Approved as to form this 11th day of June, 2008.

*Barbara B. Crabb*
U. S. District Court Judge